ANNA PALLINI, Suing for Herself as a Stockholder and on Behalf of All Other Stockholders of DON PALLINI DANCE STUDIOS, INC., Respondent, v. DON PALLINI et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. The date for the discovery and inspection to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

MARGARET KOEHLER, Respondent, v. SIDNEY M. BERMAN, Appellant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

ANNA S. DAVIS v. BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See 273 App. Div. 701.]

ROBERT SCHNAPP v. IDA C. LIPSON et al.—Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 273 App. Div. 1004.]

SARA HELFIELD v. EDWARD A. HYMAN et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [See ante, p. 765.]

NATIONAL BLOUSE CORPORATION v. ALFRED FELSON et al., Copartners Doing Business under the Name of ALFRED FELSON.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See ante, p. 164.]

STUART C. WHITESIDE, Doing Business under the Name of JOSEPH S. WHITESIDE & CO., v. INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See ante, p. 36.]

JACOB LEVINE v. GARFORD TRUCKING CO. et al.—Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs, and stay vacated. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See ante, p. 778.]

PIONEER CREDIT CORPORATION, Respondent, et al., Plaintiffs, v. MARCELINO SAN MIGUEL et al., Appellants.— Motion for reargument denied, with $10 costs. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See ante, p. 184.]

PATRICK G. TIGHE v. SINCLAIR REFINING COMPANY and WILLIE AMATULLI.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See ante, pp. 22, 822.]

RALPH W. SABIN v. PEARL S. SABIN.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See ante, p. 789.]

NUTA SLESIN, as Executrix of BENO SLESIN, Deceased, v. AEROVEAS NACIONALES DE COLOMBIA.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See ante, p. 779.]